899 N.E.2d 1077 (2009)
PEOPLE STATE OF ILLINOIS, respondent,
v.
Richard D. KITCH, petitioner.
No. 106374.
Supreme Court of Illinois.
January 28, 2009.
Petition for leave to appeal denied.
*1078 In the exercise of this Court's supervisory authority, the Appellate Court, Fourth District, is directed to vacate its order in People v. Kitch, case No. 4-05-0982 (04/07/08). The appellate court is instructed to reconsider its decision in light of this Court's opinion in In re Rolandis G., case No. 99581, 2008 WL 4943446, ___ Ill.2d ___, ___ Ill.Dec. ___, ___ N.E.2d ___ (11/20/08), to determine whether a different result is warranted.